AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Theresa Hutchinson, | ) | |
| | ) | 4:17-cv-02456-RBH |
| Plaintiff(s), | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Lenders Portal Direct LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

**DEFAULT JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

✔ default judgment is entered against defendant Lenders Portal Direct LLC. The plaintiff, Theresa Hutchinson, shall recover from the defendant, Lenders Portal Direct LLC, the amount of Sixty One Thousand Four Hundred Fifty-Five dollars and 00/100 ($61,455.00) in treble statutory damages on her SCUTPA claim due to Defendant's willful conduct, plus post-judgment interest at the rate of 2.05%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

❏ other:

This action was *(check one):*

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who grants Plaintiff's Motion for Default Judgment.

CLERK OF COURT, Robin L. Blume

By: s/Leah Suttles

March 13, 2018            Deputy Clerk